IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )      CRIMINAL NO. 4:18CR40026-001
                              )
JOHNNIE D. ADAMS              )

### FINAL ORDER OF FORFEITURE

On February 21, 2020, the Court entered a Preliminary Order of Forfeiture in this case in accordance with Fed.R.Crim. P. 32.2(b). (Doc. 65). In the Preliminary Order of Forfeiture, an Ruger LCP .380 caliber semi-automatic pistol, bearing serial number 371846666; an FN Herstal 5.7 x 28 millimeter semi-automatic pistol, bearing serial number 386303324 and any ammunition was forfeited to the United States  pursuant to Title 18 U.S.C. § 924(d) and Title 28 U.S.C. § 2461(c).

The United States was required to publish notice of this Order pursuant to Fed.R.Crim. P. 32.2(b)(6) and Title 18 U.S.C. § 982(b)(1), incorporating by reference Title 21 U.S.C. § 853(n)(1). On April 20, 2020, an attorney for the United States filed a Notice of Proof of Publication, showing that for 30 days, notice of the Court's Preliminary Order of Forfeiture was advertised on www.forfeiture.gov. Deadline for filing claims was March 25, 2020.  No third party claims have been filed.

Pursuant to Fed. R. Crim. P. 32.2(b)(4), a Preliminary Order of Forfeiture becomes final as to a defendant at sentencing.

Accordingly it is hereby ORDERED, DECREED, AND ADJUDGED:

1. That based upon the guilty plea and the plea agreement of the parties, pursuant to Fed. R. Crim. P. 32.2(b)(4), the Preliminary Order of Forfeiture entered on February 21, 2020 shall become final at this time.

IT IS SO ORDERED this 2ᵗʰ day of May , 2021.


HONORABLE SUSAN O. HICKEY
CHIEF UNITED STATES DISTRICT JUDGE